# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KRISTEN BRIMLEY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO:  4:11CV00045  SWW |
| PULASKI COUNTY, ARKANSAS, ET AL. | * | |
| | * | |
| | * | |
| Defendants | | |

## ORDER

Counsel has informed the Court that this matter has settled and requests that the case be dismissed with prejudice.

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 14TH DAY OF FEBRUARY, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE